| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SOUTHWEST LTC-MANAGEMENT SERVICES, LLC<br>    Plaintiff,<br><br>*versus*<br><br>LEXINGTON INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY/CERTIFICATE NO. AMR-36293-03, UNITED SPECIALTY INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, INDIAN HARBOR INSURANCE COMPANY, PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE,<br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§ CASE NO. 1:18-CV-00491-MAC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial proceedings. The court has received and considered the report (Doc. No. 16) of the magistrate judge recommending that the court grant the Defendants' "Motion to Compel Arbitration and Motion to Stay Litigation Pending Arbitration." Doc. No. 7. No objections to the report and recommendation have been filed, and the time for doing so has now passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 16) is **ADOPTED**, Defendants' "Motion to Compel Arbitration and Motion to Stay

Litigation Pending Arbitration" is **GRANTED**, and the parties are directed to arbitrate their dispute as outlined in the Policy.

It is further **ORDERED** that this case is **STAYED** and that the Clerk of Court administratively close the case, but this court will retain jurisdiction to enforce any arbitration award. *See* 9 U.S.C. §§ 8, 207.

**Signed this date**
Apr 17, 2019

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE